■ In the Matter of ANNA E. GASSNER, Appellant, v. BOARD OF EXAMINERS OF THE CITY OF NEW YORK, Respondent.— Judgment of the Supreme Court, Kings County, dated August 16, 1966, reversed, on the law, without costs, and proceeding remitted to Special Term for a hearing to determine the objectivity of the standards contained in the rating schedule applied in measuring petitioner's relative training and experience. No questions of fact were considered. Petitioner's qualifications must be rated by objective standards (*Matter of Fink* v. *Finegan*, 270 N. Y. 356). The requirement of objectivity is not meaningful in this case unless the rating schedule employed is open to review by the courts. Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur. [51 Misc 2d 467.]

■ In the Matter of JOHN A. PASSIOTTI, JR., Appellant, v. MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF YONKERS et al., Respondents.— Judgment of the Supreme Court, Westchester County, dated August 5, 1966, reversed, on the law, with $10 costs and disbursements, respondents' determination annulled and proceeding remitted to respondents for further proceedings not inconsistent with the following memorandum. No questions of fact were considered. We are of the opinion that an adequate record was not compiled upon which a court, upon judicial review, can adjudge whether the determination of the examining psychiatrist was arbitrary and capricious (see *Matter of Nelson* v. *Board of Examiners,* 27 A D 2d 569). Furthermore, we are of the opinion that petitioner should be granted a new psychiatric examination with standards *sufficiently objective* to come within the guidelines of *Matter of Fink* v. *Finegan* (270 N. Y. 356) and *Matter of Sloat* v. *Board of Examiners* (274 N. Y. 367). Where, as here, a psychiatric examination is given as part of a civil service examination, a firmer foundation for respondents' determination may be laid if more than a single examining psychiatrist were employed (*Matter of Murphy* v. *Brennan,* 285 App. Div. 933). Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.